
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   NAPOLIONE NADO
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       )
                                   )   MAG 09-325-DAD
13              Plaintiff,         )
                                   )   STIPULATION AND [PROPOSED]
14      v.                         )   ORDER TO CONTINUE COURT TRIAL
                                   )
15 NAPOLIONE NADO                  )   DATE: December 23, 2009
                                   )   TIME: 9:00 a.m.
16              Defendant.         )   JUDGE: Hon. Dale A. Drozd
                                   )
17 _____ )

18

19     It is hereby stipulated and agreed to between the United States of
20 America through Matthew Stegman, Assistant U.S. Attorney, and
21 defendant, NAPOLIONE NADO, by and through his counsel, Lauren Cusick,
22 Assistant Federal Defender, that the court trial set for Wednesday,
23 December 23, 2009, be vacated and set for court trial on January 27,
24 2010 at 9:00 a.m.
25 \\
26 \\
27 \\
28 \\

**FILED**

DEC 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

| | | |
|---|---|---|
| 1 | DATED: December 14, 2009 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Lauren D. Cusick |
| | | LAUREN D. CUSICK |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | NAPOLIONE NADO |
| 7 | | |
| 8 | DATED: December 14, 2009 | BENJAMIN B. WAGNER<br>United States Attorney |
| 9 | | |
| 10 | | /s/ Matthew Stegman |
| | | MATTHEW STEGMAN |
| 11 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS SO ORDERED.

DATED: December 14, 2009.

_____
DALE A. DROZD
United States Magistrate Judge