```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    NAPOLIONE NADO
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG 09-325-DAD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE COURT TRIAL** |
| | ) | |
| NAPOLIONE NADO | ) | DATE: January 27, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, NAPOLIONE NADO, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court trial set for Wednesday, January 27, 2010, be vacated and set for court trial on March 10, 2010 at 9:00 a.m.

\\

\\

\\

\\

```
1  DATED: January 21, 2010            Respectfully submitted,
2                                     DANIEL J. BRODERICK
                                      Federal Defender
3
4                                     /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
5                                     Assistant Federal Defender
                                      Attorney for Defendant
6                                     NAPOLIONE NADO
7
8  DATED: January 21, 2010            BENJAMIN B. WAGNER
                                      United States Attorney
9
10                                    /s/ Matthew Stegman
                                      MATTHEW STEGMAN
11                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
12
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 21, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/nado0325.stipord