1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   NAPOLIONE NADO

FILED

MAR -4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br> NAPOLIONE NADO                    )<br>                                   )<br>            Defendant.             )<br>                                   )<br>_____) | MAG 09-325-DAD<br><br>**STIPULATION AND<br>ORDER TO CONTINUE COURT TRIAL**<br><br>DATE: March 10, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, NAPOLIONE NADO, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court trial set for Wednesday, March 10, 2010, be vacated and set for court trial on Wednesday, April 28, 2010 at 9:00 a.m.

///

///

///

| | |
|---|---|
| 1  DATED: March 4, 2010 | Respectfully submitted, |
| 2 | DANIEL J. BRODERICK<br>Federal Defender |
| 4 | /s/ Lauren D. Cusick |
| 5 | LAUREN D. CUSICK<br>Assistant Federal Defender<br>Attorney for Defendant |
| 6 | NAPOLIONE NADO |
| 8  DATED: March 4, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | /s/ Heiko Coppola for |
| 11 | MATTHEW STEGMAN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

O R D E R

IT IS SO ORDERED.

DATED: 3/4/, 2010.

_____
Dale A. Drozd
United States Magistrate Judge