FILED

APR 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   NAPOLIONE NADO

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA


   UNITED STATES OF AMERICA,    )
                                )   MAG 09-325-DAD
            Plaintiff,          )
                                )   STIPULATION AND [~~PROPOSED~~]
        v.                      )   ORDER TO CONTINUE COURT TRIAL
                                )
   NAPOLIONE NADO                )   DATE: April 28, 2010
                                )   TIME: 9:00 a.m.
            Defendant.          )   JUDGE: Hon. Dale A. Drozd
                                )
   _____)


        It is hereby stipulated and agreed to between the United States of
   America through Matthew Stegman, Assistant U.S. Attorney, and
   defendant, NAPOLIONE NADO, by and through his counsel, Lauren Cusick,
   Assistant Federal Defender, that the court trial set for Wednesday,
   ///
   ///
   ///
   ///
   ///
   ///

1 | April 28, 2010, be vacated and set for court trial on Wednesday, June
2 | 23, 2010 at 9:00 a.m.

4 | DATED: April 27, 2010                    Respectfully submitted,

5 |                                          DANIEL J. BRODERICK
                                             Federal Defender

7 |                                          /s/ Lauren D. Cusick
                                             LAUREN D. CUSICK
8 |                                          Assistant Federal Defender
                                             Attorney for Defendant
9 |                                          NAPOLIONE NADO

11 | DATED: April 27, 2010                   BENJAMIN B. WAGNER
                                             United States Attorney

13 |                                         /s/ Daniel S. McConkie for
                                             MATTHEW STEGMAN
14 |                                         Assistant U.S. Attorney
                                             Attorney for Plaintiff

17 |                           **O R D E R**

18 |     IT IS SO ORDERED.
19 | DATED: _April 27_, 2010.                _Dale A. Drozd_
                                             Dale A. Drozd
20 |                                         United States Magistrate Judge

2