BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MICHAEL A. WHEABLE
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 09-325 DAD |
| Plaintiff, ) | STIPULATION TO CONTINUE COURT TRIAL AND [~~PROPOSED~~] ORDER |
| v. ) | D-9 |
| NAPOLIONE NADO, ) | Date: June 23, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. ) | |

It is hereby stipulated and agreed between the United States, through Assistant United States Attorney Matthew C. Stegman, and the defendant, NAPOLIONE NADO, through her attorney, Lauren Cusick, to continue the court trial set for June 23, 2010, at 9:00 a.m. to August 25, 2010, at 9:00 a.m.

This continuance is requested because the parties are continuing to negotiate a disposition of this matter. In addition, time is needed to arrange for an Assyrian interpreter, which cannot be scheduled until August.

///

///

///

1 | Furthermore, the arresting officer will not be available to
2 | testify on June 23, 2010.
3 | DATED: JUNE 16, 2010                    BENJAMIN B. WAGNER
                                              United States Attorney
4 |
5 |                                    By:  /s/ Jason Hitt for
                                              MATTHEW C. STEGMAN
6 |                                           Assistant U.S. Attorney
7 |
8 | DATED: JUNE 16, 2010                    DANIEL J. BRODERICK
                                              Federal Defender
9 |
10 |                                  By:  /s/ Lauren Cusick
                                              LAUREN CUSICK
11 |                                          Assistant Federal Defender
                                              Attorney for Defendant
12 |
13 |
14 |
15 |                          [~~PROPOSED~~] DAD  O R D E R
16 | IT IS SO ORDERED:
17 | DATED: June 17, 2010

*Dale A. Drozd* (signature)

19 | HONORABLE DALE A. DROZD
     United States Magistrate Judge

2