FILED
AUG 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   HOOTAN BAIGMOHAMMADI
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
NAPOLIONE NADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 09-325 DAD |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] *DAD* ORDER |
| | ) |
| v. | ) |
| | ) Date: August 25, 2010 |
| NAPOLIONE NADO, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for NAPOLIONE NADO, that the Court vacate the court trial set for August 25, 2010 at 9:00 a.m. and continue it to September 22, 2010 at 9:00 a.m.

1  The defense requires more time to schedule an Assyrian court
2  interpreter to interpret the government's plea offer to Mr. Nado so
3  that we can possibly resolve this matter pretrial.

Dated: August 13, 2010
                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Lauren Cusick
                                       LAUREN CUSICK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       NAPOLIONE NADO


Dated: August 13, 2010                 BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant United States Attorney




                              O R D E R

IT IS SO ORDERED.


Dated: August 13, 2010                 Dale A. Drozd
                                       _____
                                       HON. DALE A. DROZD
                                       United States Magistrate Judge









Stipulation and Proposed Order    -2-