FILED

SEP 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SCOTT RADCLIFFE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
NAPOLIONE NADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 09-325 DAD |
| Plaintiff, ) | AMENDED DAD |
| ) | STIPULATION [AND PROPOSED ORDER] |
| v. ) | TO VACATE THE COURT TRIAL AND SET |
| ) | FOR A CHANGE OF PLEA |
| NAPOLIONE NADO, ) | |
| Defendant. ) | Date: September 22, 2010 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Dale A. Drozd |

The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Linda Harter, Attorney for NAPOLIONE NADO, hereby stipulate to vacate the court trial

///
///

1  set for September 22, 2010 and set a change of plea for October 5, 2010
2  at 10:00 am.

3
4  Dated: September 20, 2010          Respectfully submitted,

5                                     DANIEL BRODERICK
                                      Federal Defender

6                                     /s/ Linda Harter
                                      LINDA HARTER
7                                     Assistant Federal Defender
                                      Attorney for REGINALD COLEMAN
8

9
10 Dated: September 20, 2010          BENJAMIN B. WAGNER
                                      United States Attorney

11                                    /s/ Matthew Stegman
                                      MATTHEW STEGMAN
12                                    Assistant United States Attorney

13
14
                           **ORDER**
15

16
   **IT IS SO ORDERED.**
17

18 DATED:  9/20/10
                                      _____
19                                    HON. DALE A. DROZD
                                      United States Magistrate Judge
20
21
22
23
24
25
26
27
28

-2-